1  McGREGOR W. SCOTT
   United States Attorney
2  PAUL A. HEMESATH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America

**FILED**

MAY 0 2 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-MJ-0063 KJM |
|---|---|
| Plaintiff, | |
| v. | [PROPOSED] ORDER TO UNSEAL REDACTED COMPLAINT AND CASE |
| ANDREA ALESSANDRINI, | |
| Defendant, | |

The government respectfully request that the redacted complaint and this case be unsealed and that all other documents remain sealed is GRANTED.

Dated: May 2, 2019

_____
HON. ALLISON CLAIRE
U.S. Magistrate Judge